IH-32                                                                                                              Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-00449 |
| BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Blake Lively, an individual,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-10049-LJL |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, and JENNIFER ABEL, an individual, | |
| Defendant | |

IH-32                                                                                                           Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open          (If so, set forth procedural status and summarize any court rulings.)

The case was initiated with the filing of a complaint on December 31, 2024. No proofs of service have been filed as of this filing.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases concern the same or substantially similar parties, property, transactions, and/or events; there is substantial factual overlap; and the parties could be subjected to conflicting orders. In addition, absent a determination of relatedness, there would be a substantial duplication of effort and expense, delay, or undue burden on the court, parties, and/or witnesses.

Signature: /s/ Jason Sunshine                    Date: 1/16/2025

Firm: Liner Freedman Taitelman + Cooley, LLP