UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>Defendants. | Civ. Action No. 1:25-cv-00449<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Amit Shertzer of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of plaintiffs **WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN,** and **JENNIFER ABEL**.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         January 16, 2025

**MEISTER SEELIG & FEIN PLLC**

By:   */s/ Amit Shertzer*
      Amit Shertzer
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail:  as@msf-law.com
*Attorneys for Plaintiffs*