UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYFARER STUDIOS LLC, ET AL.

       Plaintiffs,

   - against -

BLAKE LIVELY, ET AL.

       Defendants.

Case No: 25-cv-00449 (LJL)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that Kristin Bender of Willkie Farr & Gallagher LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Blake Lively and Ryan Reynolds in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: Washington, DC
    January 19, 2025

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Kristin E. Bender*
Kristin E. Bender
1875 K Street NW
Washington, DC  20006-1238
(202) 303-1000
kbender@willkie.com

*Counsel for Blake Lively and Ryan Reynolds*