**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>    Defendants. | No. 1:25-cv-00449 (LJL)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sigrid S. McCawley, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Leslie Sloane and Vision PR, Inc., in the above-captioned proceeding.

Dated: January 19, 2025
   Fort Lauderdale, Florida

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

 /s/ Sigrid S. McCawley_____
Sigrid S. McCawley
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Phone: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com

*Attorney for Defendants Leslie Sloane and Vision PR, Inc.*