**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>                    Defendants. | No. 1:25-cv-00449 (LJL) |

## STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Vision PR, Inc., certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule 7.1(a)(2), Defendants Vision PR, Inc. and Leslie Sloane certify that they are each citizens of the state of New York.

Dated: January 19, 2025                                      Respectfully submitted,
       Fort Lauderdale, Florida

                                        **BOIES SCHILLER FLEXNER LLP**

                             /s/ Sigrid S. McCawley
                             Sigrid S. McCawley
                             Boies Schiller Flexner LLP
                             401 E. Las Olas Blvd. Suite 1200
                             Fort Lauderdale, FL 33316
                             Phone: (954) 356-0011
                             Fax: (954) 356-0022
                             smccawley@bsfllp.com

                             *Attorney for Defendants Leslie Sloane and Vision PR, Inc.*