**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>                    Plaintiffs,<br><br>        v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>                    Defendants. | No. 1:25-cv-00449 (LJL)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Andrew Villacastin, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Leslie Sloane and Vision PR, Inc., in the above-captioned proceeding.

Dated: January 19, 2025
          New York, New York

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ Andrew Villacastin
Andrew Villacastin
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 909-7628
AVillacastin@bsfllp.com

*Attorney for Defendants Leslie Sloane and Vision PR, Inc.*