**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYFARER STUDIOS LLC, a Delaware
Limited Liability Company, JUSTIN BALDONI,
an individual, JAMEY HEATH, an individual, IT
ENDS WITH US MOVIE LLC, a California
Limited Liability Company, MELISSA
NATHAN, an individual, and JENNIFER ABEL,
an individual,

                    Plaintiffs,

     v.

BLAKE LIVELY, an individual, RYAN
REYNOLDS, an individual, LESLIE SLOANE,
an individual, and VISION PR, INC., a New York
corporation,

                    Defendants.

No. 1:25-cv-00449 (LJL)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned attorney, Lindsey Ruff, who is a member

in good standing of the bar of this Court, hereby appears as counsel for Defendants Leslie Sloane

and Vision PR, Inc., in the above-captioned proceeding.

Dated: January 19, 2025                Respectfully submitted,
      New York, New York

                        **BOIES SCHILLER FLEXNER LLP**

                        /s/ Lindsey Ruff_____
                        Lindsey Ruff
                        Boies Schiller Flexner LLP
                        55 Hudson Yards
                        New York, NY 10001
                        Tel: (212) 754-4372
                        LRuff@BSFLLP.com

                        *Attorney for Defendants Leslie Sloane and*
                        *Vision PR, Inc.*