UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>               Plaintiffs,<br><br>  v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>               Defendants. | Case No. 25-cv-00449 (LJL) |

### STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendants Blake Lively and Ryan Reynolds certify that they are each citizens of the state of New York.

Dated: January 19, 2025
       Washington, DC

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

*s/ Michael J. Gottlieb*
Michael J. Gottlieb
1875 K Street NW
Washington, DC  20006-1238
(202) 303-1000
mgottlieb@willkie.com

*Counsel for Defendants Blake Lively and Ryan Reynolds*