UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>       Defendants. | Civ. Action No. 1:25-cv-00449<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF BRYAN J. FREEDMAN** |

  The motion of **Bryan J. Freedman, Esq.**, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the State Bar of California; and that his contact information is as follows:

    Bryan J. Freedman, Esq.
    LINER FREEDMAN TAITELMAN + COOLEY LLP
    1801 Century Park West, Fifth Floor
    Los Angeles, CA 90067
    T: 310-201-0005
    Email: BFreedman@lftcllp.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, and Jennifer Abel in the above entitled action;

  **IT IS HEREBY ORDERED** that Bryan J. Freedman is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                              United States District / Magistrate Judge