# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>       Defendants. | Civ. Action No. 1:25-cv-00449-LJL<br><br>**MOTION FOR ADMISSION OF MILES M. COOLEY** <br>***PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Miles M. Cooley, Esq., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the plaintiffs, in the above-captioned action.

  Miles M. Cooley is a member in good standing of the State Bar of California. A copy of Mr. Cooley's Certificate of Good Standing is attached hereto as **Exhibit 1**.

  A form of proposed order is submitted herewith.

//

//

//

//

//

Dated: New York, New York
June 21, 2024

**MEISTER SEELIG & FEIN PLLC**

By: */s/ Kevin Fritz*
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail: ms@msf-law.com
kaf@msf-law.com

*Attorneys for Plaintiffs*