UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>      Defendants. | Civ. Action No. 1:25-cv-00449-LJL<br><br>**MOTION FOR ADMISSION OF THERESA M. TROUPSON** ***PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Theresa M. Troupson, Esq., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the plaintiffs, in the above-captioned action.

  Theresa M. Troupson is a member in good standing of the State Bar of California. A copy of Ms. Troupson's Certificate of Good Standing is attached hereto as **Exhibit 1**.

  A form of proposed order is submitted herewith.

//

//

//

//

//

Dated:  New York, New York
       June 21, 2024

                                **MEISTER SEELIG & FEIN PLLC**

                                By:  */s/ Kevin Fritz*
                                     Mitchell Schuster
                                     Kevin Fritz
                          125 Park Avenue, 7th Floor
                          New York, New York 10017
                          Tel: (212) 655-3500
                          E-mail:  ms@msf-law.com
                                       kaf@msf-law.com

                          *Attorneys for Plaintiffs*