UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>Defendants. | Case No.: 1:25-cv-00449<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* <u>**OF STEPHANIE ROESER**</u> |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Rule 1.3"), Esra Hudson of Manatt, Phelps & Phillips, LLP respectfully moves this Court for an order for admission to appear *Pro Hac Vice* as counsel for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

As detailed in the Declaration of Esra Hudson submitted contemporaneously herewith, I am in good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein.

-2-

                                                  Respectfully submitted,

January 21, 2025                     By:   _/s/ *Stephanie A. Roeser*_____
                                                         Stephanie Roeser
                                                            MANATT, PHELPS & PHILLIPS, LLP
                                                            2049 Century Park East, Suite 1700
                                                            Los Angeles, CA 90067
                                                            SRoeser@manatt.com
                                                            Telephone: (310) 312-4207

403654823.1