UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>Defendants. | Case No.: 1:25-cv-00449<br><br>**DECLARATION OF STEPHANIE ROESER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Stephanie A. Roeser, pursuant to Local Rule 1.3, declare as follows:

1. I am an attorney licensed to practice law in California and am a partner at the law firm of Manatt, Phelps & Phillips, LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of my motion for admission *pro hac vice* in the United States District Court for the Southern District of New York, for the purposes of appearing as counsel for Defendants Blake Lively and Ryan Reynolds in connection with the above-captioned matter.

3. As shown in the Certificate of Good Standing filed herewith, I am a member in good standing of the bar of the State of California (Bar No. 306343).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. In addition, I have not been subject to discipline by any court or administrative body and no such disciplinary proceedings are pending against me.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 21st day of January 2025.

Respectfully submitted,

January 21, 2025

By: _/s/ Stephanie A. Roeser_____
 Stephanie A. Roeser
 MANATT, PHELPS & PHILLIPS, LLP
 2049 Century Park East, Suite 1700
 Los Angeles, CA 90067
 SRoeser@manatt.com
 Telephone: (310) 312-4207