Case 1:25-cv-00449-LJL   Document 27-2   Filed 01/21/25   Page 1 of 2



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### STEPHANIE ANNE ROESER

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that STEPHANIE ANNE ROESER, #306343, was on the 2nd day of **December 2015** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 31st day of December 2024.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: *[signature]*
Zenate Ali, Assistant Deputy Clerk

