UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>Defendants. | Case No.:  1:25-cv-00449<br><br>MOTION FOR ADMISSION *PRO HAC VICE* <u>OF ESRA HUDSON</u> |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Rule 1.3"), Esra Hudson of Manatt, Phelps & Phillips, LLP respectfully moves this Court for an order for admission to appear *Pro Hac Vice* as counsel for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

As detailed in the Declaration of Esra Hudson submitted contemporaneously herewith, I am in good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein.

                                                Respectfully submitted,

January 21, 2025                      By:   */s/ Esra A. Hudson*
                                                 Esra Hudson
                                                 MANATT, PHELPS & PHILLIPS, LLP
                                                 2049 Century Park East, Suite 1700
                                                 Los Angeles, CA 90067
                                                 EHudson@manatt.com
                                                 Telephone: (310) 312-4381