UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>Defendants. | Case No.: 1:25-cv-00449<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ESRA HUDSON** |

The motion of Esra Hudson ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

      Applicant's Name:   Esra Hudson
      Firm Name:   Manatt, Phelps & Phillips, LLP
      Address:   2049 Century Park East, Suite 1700
      City/State/Zip:   Los Angeles, California 90067
      Telephone:   (310) 312-4381

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Blake Lively in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                                                                    Honorable Lewis J. Liman