```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WAYFARER STUDIOS LLC, a Delaware Limited :
Liability Company, JUSTIN BALDONI, an individual, :
JAMEY HEATH, an individual, IT ENDS WITH US :
MOVIE LLC, a California Limited Liability Company, :   25-cv-449 (LJL)
MELISSA NATHAN, an individual, and JENNIFER :
ABEL, an individual, :   ORDER
:
               Plaintiffs, :
:
   -v- :
:
BLAKE LIVELY, an individual, RYAN REYNOLDS, an :
individual, LESLIE SLOANE, an individual, and :
VISION PR, INC., a New York corporation, :
:
              Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are ordered to show cause by January 30, 2025, why this case should not be consolidated for all purposes with *Lively v. Wayfarer Studios LLC et al.*, 24-cv-10049, pursuant to Federal Rule of Civil Procedure 42.

      SO ORDERED.

Dated: January 23, 2025
       New York, New York
                                                  LEWIS J. LIMAN
                                             United States District Judge