```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WAYFARER STUDIOS LLC, a Delaware Limited :
Liability Company, JUSTIN BALDONI, an individual, :
JAMEY HEATH, an individual, IT ENDS WITH US :
MOVIE LLC, a California Limited Liability Company, :   25-cv-449 (LJL)
MELISSA NATHAN, an individual, and JENNIFER :
ABEL, an individual, :   ORDER
:
                Plaintiffs, :
:
   -v- :
:
BLAKE LIVELY, an individual, RYAN REYNOLDS, an :
individual, LESLIE SLOANE, an individual, and :
VISION PR, INC., a New York corporation, :
:
                Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The initial pretrial conference currently scheduled for February 12, 2025, is rescheduled to February 3, 2025, at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. The parties shall be prepared to address the letter motion regarding pretrial publicity and attorney conduct at the initial pretrial conference. *See* Dkt. Nos. 29, 38–40.

      Pending responses to the order to show cause at Dkt. No. 37, the Court plans to consolidate this matter with *Lively v. Wayfarer Studios et al.*, 24-cv-10049, and set both matters for trial on March 9, 2026, at 9:30 a.m. By Thursday, January 30, 2025, the parties shall submit a case management plan with deadlines which would enable trial to occur on that date.

      SO ORDERED.

Dated: January 27, 2025
       New York, New York
                                                      LEWIS J. LIMAN
                                                      United States District Judge