

January 29, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

    Re:    *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL
            [rel. 24-cv-10049]

Dear Judge Liman:

       We write on behalf of Defendants Leslie Sloane and Vision PR, Inc., in response to the Court's January 23, 2025, order to show cause regarding consolidation. [ECF No. 37]. Ms. Sloane and Vision PR, Inc. do not object to consolidation of this case with *Lively v. Wayfarer Studios LLC et al.*, 24-cv-10049.

       Respectfully Submitted,

       */s/ Sigrid S. McCawley*
       Sigrid S. McCawley
       BOIES SCHILLER FLEXNER LLP
       401 E. Las Olas Blvd. Suite 1200
       Fort Lauderdale, FL 33316
       Telephone: (954) 356-0011
       Fax: (954) 356-0022
       Email: smccawley@bsfllp.com

       *Counsel for Defendants Leslie Sloane and Vision PR, Inc.*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com