

<div style="text-align: right">
Kevin Fritz<br>
*Partner*<br>
Direct (212) 655-3570<br>
Fax (212) 655-3535<br>
kaf@msf-law.com
</div>

<div style="text-align: center">January 29, 2025</div>

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL (the "Lively Case");
rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL
(the "Wayfarer Case")

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write to advise the Court that the Wayfarer Parties have no objection to consolidation of the Lively Case and the Wayfarer Case.

<div style="margin-left: 50%">
Respectfully submitted,

*Kevin Fritz*

Kevin Fritz
</div>

cc: all counsel of record (via ECF)