

January 29, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

      Re:    *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL
              [rel. 24-cv-10049]

Dear Judge Liman:

    We write on behalf of Defendants Leslie Sloane and Vision PR, Inc., in response to the Court's January 22, 2025 notice of the initial pretrial conference. [ECF No. 34]. Defendants Ms. Sloane and Vision PR, Inc. intend to move to dismiss Plaintiffs' complaint.

                                                  Respectfully Submitted,

                                                  */s/ Sigrid S. McCawley*
                                                  Sigrid S. McCawley
                                                  BOIES SCHILLER FLEXNER LLP
                                                  401 E. Las Olas Blvd. Suite 1200
                                                  Fort Lauderdale, FL 33316
                                                  Telephone: (954) 356-0011
                                                  Fax: (954) 356-0022
                                                  Email: smccawley@bsfllp.com

                                                  *Counsel for Defendants Leslie Sloane and Vision PR, Inc.*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com