```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
BLAKE LIVELY, :
:
                    Plaintiff, :     24-cv-10049
:      25-cv-449
   -v- :
:      ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, :
:
                    Defendants. :
:
---------------------------------------------------------------X
:
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, IT ENDS WITH US MOVIE LLC, :
MELISSA NATHAN, and JENNIFER ABEL, :
:
                    Plaintiffs, :
:
   -v- :
:
BLAKE LIVELY, RYAN REYNOLDS, LESLIE :
SLOANE, and VISION PR, INC., :
:
                    Defendants. :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

    The Clerk of Court is directed to consolidate all cases listed above under case number

24-cv-10049, and to close all other cases. **Counsel are directed to make filings only under case number 24-cv-10049.**

    SO ORDERED.

Dated: January 30, 2025
      New York, New York

                                               LEWIS J. LIMAN
                                           United States District Judge