```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLAKE LIVELY,                                                     :
:
                   Plaintiff,   :    24-cv-10049 (lead case);
:    25-cv-449 (member case)
   -v-                                                          :
:           ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                             :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                         :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                          :
GROUP PR LLC, JENNIFER ABEL,                                      :
:
                 Defendants.  :
:
------------------------------------------------------------------X
:
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                             :
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,                           :
MELISSA NATHAN, and JENNIFER ABEL,                                :
:
                 Plaintiffs,  :
:
   -v-                                                          :
:
BLAKE LIVELY, RYAN REYNOLDS, LESLIE                               :
SLOANE, VISION PR, INC., THE NEW YORK TIMES                       :
COMPANY.                                                          :
:
                 Defendants.  :
                                       X
--------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       This order memorializes rulings made at the initial pretrial conference held on February 3, 2025. All parties appeared at the conference except The New York Times Company ("New York Times"), defendant in 25-cv-449, which had not been served as of the time of the conference.

       The case management plan proposed by the parties is adopted with certain modifications,

as set out in a separate Case Management Plan and Scheduling Order. The case management plan is adopted without prejudice to a motion to amend such plan by any party after filing of amended pleadings, or by the New York Times after it has been served and appears in the case.

The parties shall submit a proposed protective order no later than March 11, 2025. If the parties are unable to agree on a proposed protective order, competing versions should be submitted by March 11, 2025, with legal authority.

Motions to dismiss and motions to strike shall be filed within the deadlines set out in the Federal Rules of Civil Procedure. Motions to strike should be made by formal motion pursuant to Rule 1.C of Judge Liman's Individual Practices in Civil Cases ("Individual Practices"). The parties shall follow Rule 2.I of the Individual Practices regarding page limitations for briefs.

By consent of the parties, Rule 3.6 of the New York Rules of Professional Conduct is adopted as an order of the Court applicable to all counsel of record. Breach of this Rule may be punished pursuant to Rule 16(f) of the Federal Rules of Civil Procedure or the Court's inherent power. *See Munoz v. City of New York*, 2013 WL 1953180, at *2 (S.D.N.Y. May 10, 2013).

SO ORDERED.

Dated: February 3, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge