UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>    - against -<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>                Defendant. | Case: 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>                Plaintiffs,<br><br>    - against -<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>                Defendants. | **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendant The New York Times Company in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: New York, New York
February 13, 2025

                                                 Respectfully submitted,

                                                 DAVIS WRIGHT TREMAINE LLP

                                                 By: */s/ Katherine M. Bolger*

                                                 Katherine M. Bolger
                                                 (N.Y. Bar No. 2976868)
                                                 DAVIS WRIGHT TREMAINE LLP
                                                 1251 Avenue of the Americas, 21st Floor
                                                 New York, New York 10020
                                                 Telephone:     (212) 489-8230
                                                 Facsimile:       (212) 489-8340

                                                 *Attorneys for Defendant The New York Times Company*