UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

    Plaintiff,

- against -

WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,

    Defendant.

Case: 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)
rel. 1:25-cv-00779-LJL

---

WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,

    Plaintiffs,

- against -

BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,

    Defendants.

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE*

Sam F. Cate-Gumpert, an attorney duly admitted to practice law before the courts of the State of California, affirms under penalty of perjury that the following statements are true:

1. I am an attorney at the firm Davis Wright Tremaine LLP and submit this affidavit pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York in support of my Motion for an Order for admission Pro Hac Vice to appear as counsel for Consolidated Defendant The New York Times Company in the above-captioned action.

2. I am a member and in good standing of the bar of the State of California. I attach a certificate of good standing issued within the past 30 days by the Supreme Court of the State of California as **Exhibit A** to this Affidavit.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

6. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.


Dated: San Francisco, California
       February 26, 2025

Respectfully Submitted,

By: /s/ Sam F. Cate-Gumpert

Sam F. Cate-Gumpert
Davis Wright Tremaine LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Tel: 415.267.6500
Fax: 415.276.6599
Email: samcategumpert@dwt.com

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __SAN FRANCISCO__ }

On __February 26, 2025__ before me, __Marjory Finn__,
  *Date*                                  *Here Insert Name and Title of the Officer*

personally appeared __SAM FINN CATE-GUMPERT__
  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MARJORY FINN
Notary Public - California
San Francisco County
Commission # 2482983
My Comm. Expires Feb 25, 2028

*Place Notary Seal and/or Stamp Above*

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
   *Signature of Notary Public*

———————— **OPTIONAL** ————————
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association