UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>     Plaintiff,<br><br>  - against -<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>     Defendant. | Case: 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>     Plaintiffs,<br><br>  - against -<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>     Defendants. | **[PROPOSED] ORDER FOR ADMISSION OF SAM F. CATE-GUMPERT** *PRO HAC VICE* |

The Court grants the motion of Sam F. Cate-Gumpert for admission to practice *Pro Hac Vice* in the above-captioned action.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sam F. Cate-Gumpert |
| Firm Name: | Davis Wright Tremaine LLP |
| Address: | 50 California Street. 23rd Floor |
| City/State/Zip: | San Francisco, CA 94111 |
| Telephone: | (415) 276-6500 |
| Fax: | (415) 276-6599 |
| Email: | samcategumpert@dwt.com |

Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Consolidated Defendant The New York Times Company in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____    _____
The Honorable Lewis J. Liman
United States District Judge