

Mitchell Schuster<br>
*Partner*<br>
Direct (212) 655-3549<br>
Fax (212) 655-3535<br>
ms@msf-law.com

February 28, 2025

Via ECF
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

*The Lively Parties shall respond by Tuesday, March 4, 2025. No action shall be taken to enforce the Subpoenas while this motion is pending.*

SO ORDERED.

Date: 2/28/2025

LEWIS J. LIMAN
United States District Judge

**Re:** *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

We represent Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") as well as non-parties Tera Hanks, Milica Tošković, and Jariesse Blackmon (collectively, the "Wayfarer Employees"), each of whom is employed by Wayfarer Studios LLC.

In an Order dated February 28, 2025 (Dkt. 102), the Court granted the Wayfarer Parties' motion to quash subpoenas issued by Blake Lively and Ryan Reynolds (the "Lively Parties") to cellular providers AT&T, Verizon, and T-Mobile (the "Subpoenas") to the extent they seek the phone records of the Wayfarer Parties and denied the motion as to the portions of the Subpoenas which seek the phone records of non-parties.

The Subpoenas seek the phone records of the Wayfarer Employees. (Dkt. 76, p. 15, Req. No. 4; Dkt. 77, p. 15, Req. No. 3; Dkt. 78, p. 16, Req. No. 7). The Wayfarer Employees object to the Subpoenas for the same reasons set forth by the Wayfarer Parties. (Dkt. 75, 93).

We respectfully request that the Court so-order this letter quashing the portions of the Subpoenas which seek the phone records of the Wayfarer Employees.

Hon. Lewis J. Liman
Page 2
February 28, 2025

Respectfully submitted,

*/s/ Mitchell Schuster*

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

cc: all counsel of record (via ECF)