UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>    Plaintiff,<br><br> v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL<br><br>    Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ<br><br>    Plaintiffs,<br><br> v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC. and THE NEW YORK TIMES COMPANY<br><br>    Defendants. | Case No. 1:24-cv-10049 (lead case)<br>Case No. 1:25-cv-00449 (related case)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance in the above-captioned action on behalf of non-parties Katherine Case and Breanna Butler Koslow, and respectfully requests that copies of all notices and other papers in the above-captioned action be served upon counsel at the address stated below.

Dated: New York, New York
February 28, 2025

Respectfully submitted,

   */s/ Maxwell K. Breed*
Maxwell K. Breed
PRYOR CASHMAN LLP
7 Times Square, 40th Floor
New York, NY 10036
Phone: (212) 421-4100
Fax  (212) 326-0806
Email: mbreed@pryorcashman.com

*Attorneys for Non Parties Katherine Case and Breanna Butler Koslow*