

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   pryorcashman.com

**Maxwell Breed**

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

February 28, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re: *Lively v. Wayfarer Studios LLC et al.*, No. 24-cv-10049-LJL;
      rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

  We represent non-parties Katherine Case and Breanna Butler Koslow. Mesdames Case and Koslow's phone records were sought in certain subpoenas (the "Subpoenas") issued to cellular phone providers. That the Court, through its Order dated February 28, 2025 (Dkt. 102), denied a motion to quash the Subpoenas as to certain non-parties on the basis that the moving parties (Wayfarer Studios LLC, along with related individuals and entities, the "Wayfarer Parties") lacked standing to challenge the subpoenas insofar as they did not seek the moving parties' personal privileges, rights, or interests.

  Mesdames Case and Koslow assert that they have a privacy interest in the phone records associated with them, and object to the Subpoenas on for the same reasons set forth in the Wayfarer Parties' motion. (Dkt. 75, 93).

  We respectfully request that the Court endorse this letter and quash the portions of the subpoenas that seek the phone records of Mesdames Case and Koslow.



Hon. Lewis J. Liman
February 28, 2025
Page 2

                                 Respectfully submitted,

                                 Maxwell Breed

                                 PRYOR CASHMAN LLP
                                 Maxwell Breed
                                 Daniel J. Pohlman
                                 7 Times Square
                                 New York, New York 10036
                                 (212) 421-4100
                                 mbreed@pryorcashman.com
                                 dpohlman@pryorcashman.com

cc:  all counsel of record (by ECF)