```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
BLAKE LIVELY,　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　:　　24-cv-10049 (lead case);
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　25-cv-449 (member case)
　　　　-v-　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　　　ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,　　　　　　　:
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH　　　　:
US MOVIE LLC, MELISSA NATHAN, THE AGENCY　　　　:
GROUP PR LLC, JENNIFER ABEL,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
WAYFARER STUDIOS LLC, JUSTIN BALDONI,　　　　　　　:
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,　　　　　　:
MELISSA NATHAN, and JENNIFER ABEL,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　-v-　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
BLAKE LIVELY, RYAN REYNOLDS, LESLIE　　　　　　　　:
SLOANE, VISION PR, INC., THE NEW YORK TIMES　　　　:
COMPANY.　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　X
------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

　　　　The Court will hold a video conference via Microsoft Teams on the motion for a protective order at Dkt. No. 89 in 24-cv-10049 and the motion for a protective order at Dkt. No. 24 in 25-cv-779 on Thursday, March 6, 2025, at 10:00 a.m.

2

The parties shall be provided instructions for hearing access via email. The Court will post an audio-only dial-in number on the docket for the public and press to access the hearing.

SO ORDERED.

Dated: March 3, 2025
       New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge