UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>  - against -<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>      Defendant.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>      Plaintiffs,<br><br>  - against -<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>      Defendants. | Case: 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br><br><br><br><br><br><br><br><br>**STATEMENT PURSUANT TO FRCP RULE 7.1** |

4929-2926-6714v.2 0034735-000142

**STATEMENT PURSUANT TO FRCP RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The New York Times Company, a publicly traded company that is a citizen of the State of New York, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
February 13, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Katherine M. Bolger*

Katherine M. Bolger
(N.Y. Bar No. 2976868)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340

*Attorneys for Defendant The New York Times Company*

1

4929-2926-6714v.2 0034735-000142