**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

May 14, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
      rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

We write in response to the letter filed by Plaintiff/Consolidated Defendant Blake Lively ("Ms. Lively") and Consolidated Defendant Ryan Reynolds (together, the "Lively Defendants") regarding their requested intervention in an action in the United States District Court for the District of Columbia seeking to quash the Wayfarer Parties' subpoena (the "Subpoena") to Venable LLP ("Venable") (Dkt. 213).

The Wayfarer Parties anticipate that Venable's motion to quash will be mooted in short order, as their counsel and Venable are conferring in good faith. However, the Lively Defendants' insistence that the Subpoena seeks irrelevant information is ***wrong***. The Subpoena aims to obtain discovery relating to witness tampering and evidence spoliation. Specifically, the Wayfarer Parties' counsel are informed and believe, based on information from a source who is highly likely to have reliable information, that (i) Ms. Lively requested that Taylor Swift delete their text messages; (ii) Michael Gottlieb of Willkie Farr, counsel for the Lively Defendants, contacted a Venable attorney who represents Ms. Swift and demanded that Ms. Swift release a statement of support for Ms. Lively, intimating that, if Ms. Swift refused to do so, private text messages of a personal nature in Ms. Lively's possession would be released. The Wayfarer Parties' counsel are further informed and believe that a representative of Ms. Swift addressed these inappropriate and apparently extortionate threats in at least one written communication transmitted to Mr. Gottlieb. It is those communications that the Wayfarer Parties seek to obtain by way of subpoena, as they would evidence an attempt to intimidate and coerce a percipient witness in this litigation.

As stated, the Wayfarer Parties' counsel are in active discussions with Venable to determine how to proceed. Should those discussions prove unfruitful, the Wayfarer Parties will either oppose the

Hon. Lewis J. Liman
May 14, 2025
Page 2

motion to quash or withdraw the current Subpoena in favor of an amended subpoena seeking only the communications in question.

                                    Respectfully submitted,

                                    */s/ Bryan J. Freedman*
                                    LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                    Bryan J. Freedman (*pro hac vice*)
                                    Miles M. Cooley (*pro hac vice*)
                                    Theresa M Troupson (*pro hac vice*)
                                    Summer Benson (*pro hac vice*)
                                    Jason Sunshine
                                    1801 Century Park West, 5th Floor
                                    Los Angeles, CA 90067
                                    Tel: (310) 201-0005
                                    Email: bfreedman@lftcllp.com
                                                mcooley@lftcllp.com
                                                ttroupson@lftcllp.com
                                                sbenson@lftcllp.com
                                                jsunshine@lftcllp.com

                                    MEISTER SEELIG & FEIN PLLC
                                    Mitchell Schuster
                                    Kevin Fritz
                                    125 Park Avenue, 7th Floor
                                    New York, NY 10017
                                    Tel: (212) 655-3500
                                    Email: ms@msf-law.com
                                                kaf@msf-law.com

cc: all counsel of record (via ECF)