# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

February 28, 2025

**VIA ECF**

> Because the subpoenas have been withdrawn, the motions at Dkt. Nos. 103 and 111 are denied as moot.
>
> Date: 3/3/25
>
> SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL ("Lively Case"); *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL ("Wayfarer Case")

Dear Judge Liman,

    Counsel for Blake Lively writes in response to the February 28, 2025 letter submitted to the Court by counsel for the Wayfarer Parties as well as non-parties Wayfarer executive Tera Hanks and Wayfarer employees Milica Tošković and Jarriesse Blackmon. *See* Dkt. No. 103. Ms. Lively has issued party requests and subpoenas, for phone records and documents reflecting the alleged retaliatory scheme, directly to the Wayfarer Parties and third parties who were the subject of Ms. Lively's initial subpoenas. In connection thereto, Ms. Lively has issued letters to each of AT&T, Verizon, and T-Mobile U.S. withdrawing the initial subpoenas and respectfully requests that the Court deny the motion filed by the Wayfarer Parties at Docket No. 103 as moot.

Respectfully submitted,

/s/ *Michael J. Gottlieb*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
Meryl C. Governksi (*pro hac vice*)
Willkie Farr & Gallagher
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
mgovernski@willkie.com

Hon. Lewis J. Liman
February 28, 2025

        Aaron E. Nathan
        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, NY 10019
        (212) 728-8000
        anathan@willkie.com

        MANATT, PHELPS & PHILLIPS, LLP
        Esra A. Hudson (*pro hac vice*)
        Stephanie A. Roeser (*pro hac vice*)
        Manatt, Phelps & Phillips LLP
        2049 Century Park East, Suite 1700
        Los Angeles, California  90067
        (310) 312-4000
        ehudson@manatt.com
        sroeser@manatt.com

        Matthew F. Bruno
        Manatt, Phelps & Phillips, LLP
        7 Times Sq
        New York, NY 10036
        (212) 790-4500
        mbruno@manatt.com

        *Attorneys for Blake Lively and Ryan Reynolds*