**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | |
|---|---|
| BLAKE LIVELY, | : |
| | : |
| Plaintiff, | :   Case No.: 1:24-cv-10049-LJL |
| | :   (Consolidated for pretrial purposes with |
| v. | :   1:25-cv-00449-LJL) rel. 1:25-cv-00779- |
| | :   LJL |
| WAYFARER STUDIOS LLC, et al., | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------X

| | |
|---|---|
| WAYFARER STUDIOS LLC, et al., | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| BLAKE LIVELY, et al., | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------X

## NOTICE OF MOTION BY NON-PARTY SARA NATHAN TO QUASH SUBPOENA

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the

accompanying Declaration of Sara Nathan, dated May 30, 2025, and the exhibits attached

thereto, the accompanying Declaration of Steven G. Mintz, Esq., dated June 3, 2025, and upon

all of the prior pleadings and proceedings in this action, non-party Sara Nathan, through her

undersigned counsel, Mintz & Gold LLP, will move this Court, before the Honorable Lewis J.

Liman, at the United States District Court for the Southern District of New York, Patrick J.

Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date

and time to be set by the Court, for entry of the accompanying Proposed Order, pursuant to

Federal Rule of Civil Procedure 45(d)(3), quashing the Subpoena addressed to non-party Sara

Nathan.

[signature page follows]

Dated: June 3, 2025                     Respectfully submitted,
       New York, New York

By: _____
       Steven G. Mintz
       600 Third Avenue, 25th Floor
       New York, New York 10016
       Tel: (212) 696-4848
       Fax: (212) 696-1231
       mintz@mintzandgold.com

*Counsel for Non-Party Sara Nathan*

TO:    All counsel of record (via ECF)