UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| BLAKE LIVELY, | : |
| | : |
| Plaintiff, | : |
| | : Case No.: 1:24-cv-10049-LJL |
| v. | : (Consolidated for pretrial purposes with |
| | : 1:25-cv-00449-LJL) rel. 1:25-cv-00779- |
| WAYFARER STUDIOS LLC, et al., | : LJL |
| | : |
| Defendants. | : |

------------------------------------------------------------X

WAYFARER STUDIOS LLC, et al., :
:
Plaintiffs, :
:
v. :
:
BLAKE LIVELY, et al., :
:
Defendants. :

------------------------------------------------------------X

**[PROPOSED] ORDER GRANTING NON-PARTY SARA NATHAN'S
MOTION TO QUASH SUBPOENA**

Upon consideration of Non-Party Sara Nathan's Motion to Quash the Subpoena issued to her on May 5, 2025, the accompanying Memorandum of Law, the Declaration of Sara Nathan, dated May 30, 2025, and attached exhibits, and the Declaration of Steven G. Mintz, Esq., dated June 3, 2025, in support thereof, this Court hereby Orders that Non-Party Sara Nathan's Motion to Quash is **GRANTED**, and this Court quashes the Subpoena issued to Sara Nathan on May 5, 2025, pursuant to Federal Rule of Civil Procedure 45(d)(3).

SO ORDERED

Dated: _____, 2025            _____
       New York, New York                        LEWIS J. LIMAN
                                                 United States District Judge