UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>   v.<br><br>WAYFARER STUDIOS LLC, et al.<br><br>      Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Ellyn S. Garofalo of Liner Freedman Taitelman + Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, California 90067, hereby appears on behalf of defendants **Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC** and **Jennifer Abel** in the above-captioned action and all plaintiffs in the consolidated matter in case no. 1:25-cv-00449-LJL. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice *pro hac vice* in this Court.

                  Respectfully submitted,

Dated: June 5, 2025        **LINER FREEDMAN TAITELMAN**
     Los Angeles, CA       **+ COOLEY**

                  By: */s/ Ellyn S. Garofalo*
                    Ellyn S. Garofalo, Esq.
                    LINER FREEDMAN TAITELMAN +
                    COOLEY, LLP
                    1801 Century Park West, 5th Floor
                    Los Angeles, California 90067
                    Tel: (310) 201-0005
                    Fax: (310) 201-0045
                    Email: egarofalo@lftcllp.com

427770.1