**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Blake Lively, et al.,

               Plaintiffs,

    v.

Wayfarer Studios LLC, et al.,

               Defendant.

Civil Action Nos. 1:24-cv-10049-LJL;
                   1:25-cv-00449-LJL;
                   1:25-cv-00779-LJL

## STIPULATION FOR THE SUBSTITUTION OF COUNSEL

      Pursuant to Local Civil Rule 1.4(b) and subject to approval by the Court, IT IS HEREBY

STIPULATED AND AGREED that Tina Glandian of Geragos & Geragos, P.C. is substituted as

counsel for Non-Party Journalist James Vituscka in the place of Thomas B. Sullivan, Lynn B.

Oberlander, and Isabella Salomão Nascimento of Ballard Spahr LLP.  As indicated below, all

parties consent to this substitution.  The outgoing attorneys do not assert a retaining or charging

lien against Mr. Vituscka.

      All pleadings, notices of hearing, and other filings in this matter should be served upon

the following incoming counsel:

      GERAGOS & GERAGOS, P.C.
      256 5th Avenue
      New York, NY 10001
      Telephone (213) 625-3900
      Facsimile (213) 232-3255
      tina@geragos.com

      IT IS FURTHER STIPULATED AND AGREED that Mr. Sullivan, Ms. Oberlander, and

Ms. Salomão Nascimento shall be removed from the CM/ECF service list in this matter.

I consent to being substituted.

Date: 6/19/25

Date: 6/19/25

Date: 6/19/26

Thomas B. Sullivan

Lynn B. Oberlander

Isabella Salomão Nascimento
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com
oberlanderl@ballardspahr.com
salomaonascimentoi@ballardspahr.com

I consent to the above substitution.

Date: 6/19/2025

Tina Glandian
GERAGOS & GERAGOS, P.C.
256 5th Avenue
New York, NY 10001
Telephone (213) 625-3900
tina@geragos.com

I have selected Tina Glandian of Geragos & Geragos, P.C. as replacement counsel and consent to the withdrawal of Ballard Spahr LLP and all attorneys from that firm in this matter.

Date: 6/19/2025

James Vituscka

**SO ORDERED.**

Date: 6/20/2025

Hon. Lewis J. Liman, U.S.D.J.