UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Blake Lively, et al.,**
  **Plaintiffs,**

v.

**Wayfarer Studios LLC, et al.,**
  **Defendants.**

**Case Nos.: 1:24-cv-10049-LJL; 1:25-cv-00449-LJL**

### PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENA

Upon consideration of the Motion to Quash Subpoena filed by non-party Linet Keshishian, and for good cause shown, it is hereby ORDERED that:

1. The subpoena directed to Google LLC seeking information relating to Linet Keshishian is hereby QUASHED.

2. Google LLC shall not disclose any information relating to Linet Keshishian 's account(s) in response to the subpoena.

SO ORDERED.

Dated: _____, 2025

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE