**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Blake Lively, et al.,**
  **Plaintiffs,**

**v.**

**Wayfarer Studios LLC, et al.,**
  **Defendants.**

**Case Nos.: 1:24-cv-10049-LJL; 1:25-cv-00449-LJL**

DECLARATION OF LINET KESHISHIAN IN SUPPORT OF MOTION TO QUASH SUBPOENA

I, Linet Keshishian, declare as follows:

1.  I am a private individual and the holder of a Google account that is the subject of a subpoena issued to Google LLC in the above-captioned matter.

2.  I am not a party to this litigation and have no involvement in the claims or defenses asserted by any party.

3.  I use my Google account for personal purposes, including content shared on YouTube and other platforms operated by Google.

4.  Some of the content shared under my account is published pseudonymously, and disclosure of my identity or personal data would infringe on my rights to privacy, safety  and anonymous speech.

5.  I reside more than 100 miles from the United States District Court for the Southern District of New York.

6.  I have publicly stated multiple times that I have never received any payment for covering content related to Ms. Lively or the case *Lively v. Wayfarer Studios LLC, 1:24-cv-10049* (S.D.N.Y.).  I have no direct contact with anyone from Wayfarer Studios or Justin Baldoni.

7.  I object to the disclosure of my personal information and respectfully request that the Court grant the Motion to Quash the subpoena issued to Google LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2025.

1

/s/ Linet Keshishian
Pro Se Movant

2155 Verdugo Blvd #715
Montrose, CA 91020
(323) 488-4702