# Jackson Walker LLP

Joel R. Glover
(713) 752-4226 (Direct Dial)
(713) 308-4114 (Direct Fax)
jglover@jw.com

August 27, 2025

<u>VIA ECF</u>
The Honorable Lewis J. Liman
Danial Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL;
          Letter Notice of Filing Replacement Exhibit 4 to the Declaration of Joel R.
          Glover in Opposition to Plaintiff Blake Lively's Motion to Compel

Dear Judge Liman,

Pursuant to ECF Rule 21.7, we write on behalf of Defendants Jed Wallace and Street Relations, Inc. (the "Wallace Defendants") regarding Exhibit 4 to the Declaration of Joel R. Glover in Support of the Wallace Defendants' Opposition to Lively' Motion to Compel (Dkt. 708-4). Exhibit 4 contains my personal cell phone number and should be redacted pursuant to the Court's prior orders concerning the filing of personally identifying information ("PII"). *See* Dkts. 485, 619. As such and consistent with ECF Rule 21.7, we attach to this letter the redacted version of Exhibit 4 that was sealed this morning by the ECF Help Desk.

                                                 Respectfully submitted,

                                               /s/ *Joel R. Glover*
                                               Charles L. Babcock
                                               SDNY #5451117
                                               Joel R. Glover
                                               SDNY #5697487
                                               Tori C. Emery (admitted *pro hac vice*)
                                               JACKSON WALKER LLP
                                               1401 McKinney, Suite 1900
                                               Houston, TX 77010
                                               (713) 752-4200
                                               cbabcock@jw.com
                                               jglover@jw.com
                                               temery@jw.com

cc: all counsel of record (via ECF)