**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WAYFARER STUDIOS LLC, JUSTIN
BALDONI, JAMEY HEATH, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN,
JENNIFER ABEL, STEVE SAROWITZ,

                Plaintiffs,             25 **CIVIL** 0449 (LJL)

    -against-                  **CLERK'S JUDGMENT**

BLAKE LIVELY, RYAN REYNOLDS,
LESLIE SLOANE, VISION PR, INC., THE
NEW YORK TIMES COMPANY,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 31, 2025, the final judgment is hereby entered. It is FURTHER ORDERED under Federal Rule of Civil Procedure 58(e) that Lively's motion to treat her pending motions for fees as motions under Federal Rule of Civil Procedure 59 for purposes of Federal Rule of Appellate Procedure 4(a)(4) is GRANTED. *The Times*' motion seeking entry of partial judgment is DENIED as moot given that the Court has now entered final judgment.

**Dated:**  New York, New York
          October 31, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                             **BY:**  *[signature]*
                                                        **Deputy Clerk**