# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4381
ehudson@manatt.com

November 21, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

      In accordance with Rules 1.D and 2.K of Your Honor's Individual Practices in Civil Cases, Plaintiff Blake Lively respectfully writes with the consent of Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Defendants") and third-party defendant Jonesworks LLC ("Jonesworks"), to inform the Court that all parties have agreed to modify the current briefing schedule related to Ms. Lively and Jonesworks' respective motions for spoliation sanctions (collectively, the "Motions"), due to the Wayfarer Defendants' untimely filing and service. (Dkt. No. 878.)

      Under the current briefing schedule, the deadline for Ms. Lively and Jonesworks to file any reply briefs in further support of their respective Motions is December 5, 2025. (*See id.*) Under the parties' agreement, the deadline to file any such reply briefs shall be December 8, 2025. The parties' next scheduled appearance before the Court is December 9, 2025.

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

November 24, 2025

---

Manatt, Phelps & Phillips, LLP   2049 Century Park East, Suite 1700, Los Angeles, CA 90067   Tel: (310) 312-4000  Fax: (310) 312-4224

# manatt

November 21, 2025
Page 2

                                                Respectfully submitted,

                                                /s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>2049 Century Park East<br>Los Angeles, California 90067<br>(310) 855-3000<br>mgottlieb@willkie.com | MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Sarah E. Moses (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br>smoses@manatt.com |
| Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>kbender@willkie.com | Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com |
| Aaron E. Nathan<br>Michaela A. Connolly<br>Willkie Farr & Gallagher LLP<br>787 7th Avenue New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com | |
| DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com | |

                                                *Attorneys for Blake Lively*

404355410.1