**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | No. 24-cv-10049 (LJL) (lead case) |
| Plaintiff, | No. 25-cv-449 (LJL) (member case) |
| v. | |
| WAYFARER STUDIOS LLC, et al, | |
| Defendants. | |
| JENNIFER ABEL, | |
| Third-Party Plaintiff, | |
| v. | |
| JONESWORKS LLC, | |
| Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al., | |
| Consolidated Plaintiffs, | |
| v. | |
| BLAKE LIVELY, et al. | |
| Consolidated Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that John F. Terzaken, III hereby moves this Court, pursuant to

Local Civil Rule 1.4, to withdraw as counsel for *Amici Curiae* Sanctuary for Families.  The

undersigned attorney is no longer employed at Simpson Thacher & Bartlett LLP.  Sanctuary for

Families will continue to be represented by counsel of record at Simpson Thacher & Bartlett LLP.

The undersigned attorney also respectfully requests to be removed from the Electronic Case Filing notification list in this matter.

Dated:  April 2, 2026                         Respectfully submitted,

                                        */s/ John F. Terzaken, III*
                                        John F. Terzaken, III
                                        T&T Law Group, PLLC
                                        1717 K Street, NW, Suite 900
                                        Washington, DC 20006
                                        (202) 810-9354
                                        john.terzaken@tntpllc.com