UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>　　　　　Defendants. | No. 25-cv-449 (LJL) (member case) |

**NOTICE OF APPEARANCE OF ELYSE D. ECHTMAN**

　　Elyse D. Echtman, hereby appears in this matter as counsel for non-party Amicus Curiae Elyse Dorsey.

Dated: New York, New York
　　　　May 27, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Elyse D. Echtman*

　　　　　　　　　　　　　　　　　　　　Elyse D. Echtman
　　　　　　　　　　　　　　　　　　　　STEPTOE LLP
　　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, N.Y. 10036
　　　　　　　　　　　　　　　　　　　　eechtman@steptoe.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae Elyse Dorsey*

1