EXHIBIT 3

Case 1:24-cv-10049-LJL　Document 271-8　Filed 06/03/25　Page 2 of 9

pagesix.com /2024/08/13/celebrity-news/blake-lively-approved-final-cut-of-it-ends-with-us-amid-feud/

# Exclusive | Blake Lively approved final cut of 'It Ends with Us' amid feud with co-star director Justin Baldoni

Sara Nathan：4-5 minutes：8/13/2024

Blake Lively approved the final cut of "It Ends With Us" after clashing with director and co-star Justin Baldoni, Page Six is told.

The actress helped shape the version movie-goers are seeing on the big screen as she felt it was important to bring more "feminine" touches to the end result, multiple sources said.

The new movie made $50 million on its opening weekend.

Lively, 36, was a producer on the project, which is based on Colleen Hoover's best-selling book. A studio insider told Page Six: "There were two edits and the studio went with a more feminine edit."



Lively and Baldoni clashed on the set of "It Ends With Us", where they play Lily Bloom and Ryle Kincaid. GC Images



Baldoni and Lively have not promoted the movie together. AP

Sources close to production with knowledge of the situation however, denied this, as another studio source said, "As a producer, Blake was given the opportunity to provide edits and feedback to the film. It's completely normal for there to be multiple edits of a film.

"Sony went with the cut they deemed to be the best, and that was a cut that included Blake's edits, and all parties were on board."

Page Six previously revealed how Blake was made to feel "uncomfortable" by Baldoni, particularly about her postpartum body after giving birth to her fourth child, son Olin, shortly before filming.

5/27/25, 12:35 PM    Exclusive | Blake Lively appeared to be in control of 'It Ends With Us' and took on co-star duties for Justin Baldoni

Case 1:24-cv-10049-LJL    Document 271-8    Filed 06/03/25    Page 4 of 9



Lively posed for photos at the New York premiere with husband Ryan Reynolds and co-star Brandon Sklenar and his girlfriend Courtney Salviolo. AFF-USA/Shutterstock

5/27/25, 12:35 PM
Case 1:24-cv-10049-JL Document 271-3 Filed 06/03/25 Page 5 of 9
Exclusive | Blake Lively approved 'cut out' of 'It Ends with Us' after cold war with co-star/director Justin Baldoni



Baldoni, meanwhile, posed just with his wife Emily at the New York premiere. WireImage

The pair have not promoted the movie together and did not pose together at the New York premiere last week. We told how they even sat in different theaters at the premiere.

Baldoni, 40, admitted there were issues on set, telling Elle UK, "There are all these things that happen every day on set, there's always friction that happens when you make a movie like this.

"Then at the end of the day, it's that friction, I believe, that creates the beautiful art. Everything in life needs friction to grow."

Lively has spoken about contributing to almost every aspect of "It Ends With Us," including putting her touches on the music, costumes, dialogue and more.

5/27/25, 12:35 PM
Exclusive | Blake Lively approves of heartfelt split ends with her anti bond with co-star director Justin Baldoni

Case 1:24-cv-10049-JLR   Document 271-8   Filed 06/03/25   Page 6 of 9



Lively attended the London red carpet event with co-star Isabella Ferrer. John Rainford/INSTARimages

5/27/25, 12:35 PM
Exclusive | Blake Lively approved 'It Ends with Us' audio book with co-star/director Justin Baldoni
Case 1:24-cv-10049-LJL   Document 271-8   Filed 06/03/25   Page 7 of 9



Lively has promoted the movie with Sklenar, including an interview on CBS.
Getty Images for Sony Pictures

She even revealed how her husband, Ryan Reynolds, wrote one of the most important scenes in the movie. "The iconic rooftop scene, my husband actually wrote it," she told E! News.

In a recent interview with UK's Hits Radio, Lively also admitted that "they begged me" to remove Lana Del Rey's song "Cherry" from the film, saying, "I'm not supposed to be talking about this, but …"

Baldoni bought the rights to the book via his production company, Wayfarer, back in 2019. That deal reportedly includes the rights to Hoover's sequel, "It Starts With Us."

Case 1:24-cv-10049-LJL Document 271-8 Filed 06/03/25 Page 8 of 9



Lively stepped out to promote the movie at "CBS Morning." Jose Perez / SplashNews.com

Case 1:24-cv-10049-LJL    Document 271-8    Filed 06/03/25    Page 9 of 9



Lively and Reynolds at the New York City premiere. REUTERS

The movie has thrived at the box office. However, when asked about returning to direct a potential sequel, Baldoni told Entertainment Tonight, "I think there are better people for that one. I think Blake Lively is ready to direct. That's what I think."

We have reached out to reps for Lively and Baldoni for comment.

Previous Chapter                                                                    Next Chapter