UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BLAKE LIVELY,                                   :
                                                :
       Plaintiff,                              :   Case No.: 1:24-cv-10049-LJL
                                                :   (Consolidated for pretrial purposes with
v.                                              :   1:25-cv-00449-LJL) rel. 1:25-cv-00779-
                                                :   LJL
WAYFARER STUDIOS LLC, et al.,                   :
                                                :
       Defendants.                             :
-----------------------------------------------------------X
WAYFARER STUDIOS LLC, et al.,                   :
                                                :   **DECLARATION OF**
       Plaintiffs,                             :   **STEVEN G. MINTZ**
v.                                              :
                                                :
BLAKE LIVELY, et al.,                           :
       Defendants.                             :
-----------------------------------------------------------X

I, Steven G. Mintz, make the following Declaration under the penalty of perjury pursuant to 28 U.S.C. § 1746, and state that the following is true and correct:

1. I am a partner of the law firm Mintz & Gold LLP, counsel to non-party Sara Nathan in connection with the above-referenced matter.

2. I submit this Declaration based on my personal knowledge and in support of Ms. Nathan's motion to quash the subpoena served by Defendants Leslie Sloan and Vision PR, Inc., on May 5, 2025 (the "Subpoena").

3. The Subpoena's initial response date was May 19, 2025, but on May 8, counsel for Leslie Sloan and Vision PR, Inc. extended Ms. Nathan's time to respond to June 3, 2025.

The foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of June, 2025.

_____
Steven G. Mintz