**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BLAKE LIVELY,                                         :
                                                     :
            Plaintiff,                               :   Case No.: 1:24-cv-10049-LJL
                                                     :   (Consolidated for pretrial purposes with
      v.                                             :   1:25-cv-00449-LJL) rel. 1:25-cv-00779-
                                                     :   LJL
WAYFARER STUDIOS LLC, et al.,                        :
                                                     :   **NOTICE OF APPEARANCE**
            Defendants.                              :
---------------------------------------------------------------X
WAYFARER STUDIOS LLC, et al.,                        :
                                                     :
            Plaintiffs,                              :
      v.                                             :
                                                     :
BLAKE LIVELY, et al.,                                :
                                                     :
            Defendants.                              :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Timothy J. Quill, Jr., who is admitted to practice in this

Court, respectfully enters his appearance as counsel of record for Non-Party Sara Nathan in the

above-captioned matter.

Dated: June 3, 2025                    /s/ Timothy J. Quill, Jr.
       New York, New York           Timothy J. Quill, Jr.
                                    MINTZ & GOLD LLP
                                    600 Third Avenue, 25th Floor
                                    New York, New York 10016
                                    Tel: (212) 696-4848
                                    Fax: (212) 696-1231
                                    quill@mintzandgold.com

                                    *Counsel for Non-Party Sara Nathan*

TO:    All counsel of record (via ECF)