UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BLAKE LIVELY,

                Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS
WITH US MOVIE LLC, MELISSA NATHAN, THE
AGENCY GROUP PR LLC, and JENNIFER ABEL,

                Defendants.
------------------------------------------------------------------ x
JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.
------------------------------------------------------------------ x
WAYFARER STUDIOS LLC,
JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, JENNIFER
ABEL, and STEVE SAROWITZ,

                Plaintiffs,

v.

BLAKE LIVELY, RYAN REYNOLDS, LESLIE
SLOANE, VISION PR, INC., and THE NEW YORK
TIMES COMPANY,

                Defendants.
------------------------------------------------------------------ x

Civ. Action No. 1:24-cv-10049-LJL
(Consolidated for pretrial purposes
with 1:25-cv-00449-LJL)
rel. 1:25-cv-00449-LJL

**STIPULATION OF
PARTIAL DISMISSAL
WITH PREJUDICE**

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned actions, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) plaintiff Blake Lively hereby withdraws and dismisses the Tenth Cause of Action (intentional infliction of emotional distress) and the Eleventh Cause of Action (negligent infliction of emotional distress) asserted in her Amended Complaint (Dkt. 84) with prejudice, with each party to bear their own costs and fees, and without the withdrawal or dismissal of any other claim, counterclaim or third-party claim asserted herein.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as originals.

Dated: June 13, 2025

| MANATT, PHELPS & PHILLIPS, LLP | MEISTER SEELIG & FEIN PLLC |
|---|---|

/s/ Esra A. Hudson
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew Bruno
7 Times Square
New York, NY 10036
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
Meryl C. Governski (admitted *pro hac vice*)
1875 K Street NW
Washington, DC 200006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
787 7th Avenue
New York, NY 10019
anathan@willkie.com

*Attorneys for Plaintiff Blake Lively and Consolidated Defendant Ryan Reynolds*

/s/ Mitchell Schuster
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Miles M. Cooley (admitted *pro hac vice*)
Theresa M. Troupson (admitted *pro hac vice*)
Summer Benson (admitted *pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

Mitra Ahouraian
2029 Century Park East
Ste 4th Floor
Los Angeles, CA 90067
(310) 867-2777
mitra@ahouraianlaw.com

*Attorneys for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | DAVIS WRIGHT TREMAINE LLP |
| /s/ Sigrid S. McCawley<br>Sigrid S. McCawley<br>401 E Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br>smccawley@bsfllp.com<br><br>Andrew Villacastin<br>Lindsey Ruff<br>Rachael Schafer<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 446-2300<br>avillacastin@bsfllp.com<br>lruff@bsfllp.com<br>rschafer@bsfllp.com<br><br>*Attorneys for Consolidated Defendants Leslie Sloane and Vision PR, Inc.* | /s/ Katherine M. Bolger<br>Katherine M. Bolger<br>Sam F. Cate-Gumpert (admitted *pro hac vice*)<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>(212) 489-8230<br>katebolger@dwt.com<br>samcategumpert@dwt.com<br><br>*Attorneys for Consolidated Defendant The New York Times Company* |
| JACKSON WALKER LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| /s/ Charles L. Babcock<br>Charles L. Babcock<br>Joel R. Glover<br>1401 McKinney, Suite 1900<br>Houston, TX 77010<br>(713) 752-4300<br>cbabcock@jw.com<br>jglover@jw.com<br><br>*Attorneys for Defendants Jed Wallace, and Street Relations, Inc.* | /s/ Kristin Tahler<br>Kristin Tahler<br>865 S. Figueroa Street<br>Ste 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3615<br>kristintahler@quinnemanuel.com<br><br>*Attorney for Third-Party Defendant Jonesworks LLC* |

The claims are dismissed pursuant to Rule 15 or the Court's inherent power, with prejudice, with each party to bear its own costs and fees. *See Harvey Aluminum, Inc. v. Ican Cyanamid Co.*, 203 F.2d 105, 108 (2d Cir. 1953), *cert. denied,* 345 U.S. 964 (1953). SO ORDERED.

Dated:     June 16, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

4