

Steven W. Gold
Steven G. Mintz*
Jeffrey D. Pollack*
Elliot G. Sagor
Ira Lee Sorkin
Lon Jacobs
Steven A. Samide
Scott A. Klein
Terence W. McCormick***
Robert B. Lachenauer
Roger L. Stavis
Howard M. Topaz
Philip E. Altman
Charles A. Ross**
Richard M. Breslow
Barry M. Kazan*
Craig D. Spector*
Kevin M. Brown
Alexander H. Gardner
Heath Loring
Peter Guirguis

Matthew S. Seminara
Julia B. Milne
James W. Kennedy
Ryan W. Lawler*
Andrew A. Smith
Amit Sondhi
Michael Mooney
Adam K. Brody
Andrew E. Steckler
Alex J. Otchy*
Allison Pridmore
Victoria F. Muth
Carli M. Aberle
Zachary J. Turquand
Kellyann T. Ryan
Jason Leach****
Sitie "Esther" Tang
Benjamin S. Cotler

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California
****Also admitted in Texas

**Senior Counsel**
Jack A. Horn
Noreen E. Cosgrove
Timothy J. Quill, Jr.

**Of Counsel**
Honorable Vito J. Titone (*dec.*)
NY State Court of Appeals 1985–1998
Harvey J. Horowitz (*dec.*)
Honorable Howard Miller
NY Appellate Div. 1999–2010 [ret.]
Alan Katz
Eric M. Kutner
Andrew P. Napolitano°
Brian T. Sampson
Erica Nazarian
Tara Shamroth
Jared Van Vleet
Simone Calzolai⁺

°Admitted to practice only before all courts
in New Jersey and all Federal Courts in New York City
+Admitted in Italy and the United Kingdom (Not admitted in the U.S.)

June 16, 2025

**Via ECF**
The Honorable Lewis J. Liman
United State District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

        Re:  *Lively v. Wayfarer Studios LLC, et al.*,
              Case No.: 24-cv-10049 (LJL)

Dear Judge Liman:

      This firm represents non-party movant Sara Nathan in the above-referenced matter. In accordance with Rule 1.B of Your Honor's Individual Practices in Civil Cases, we write respectfully to withdraw the Motion to Quash the May 5, 2025 Subpoena issued to Sara Nathan by the Sloane Parties, filed on June 3, 2025 (ECF Doc. Nos. 269-272) (the "Motion").

      Consolidated Defendants Leslie Sloane and Vision PR, Inc. (the "Sloane Parties"), who issued the May 5, 2025 subpoena that is the subject of the Motion, have informed us that the subpoena has now become moot in light of the Court's Opinion and Order, entered June 9, 2025, dismissing the Wayfarer Parties' First Amended Complaint against the Sloane Parties (ECF Doc. No. 296). Since the subpoena is no longer in effect and the Motion need not be decided, Ms. Nathan is withdrawing the Motion.

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

**O** 212.696.4848 | **F** 212.696.1231
mintzandgold.com



We thank the Court in advance for its attention to this matter.

                                        Respectfully submitted,

                                        /s/ *Steven G. Mintz*
                                        Steven G. Mintz

cc:    All counsel of record via EC

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York NY 10016

O 212.696.4848  |  F 212.696.1231
mintzandgold.com