# EXHIBIT A

EVIDENCE OF ASSOCIATION

## Part 1. YouTube Collaborations



Unpacking Ferrer's Wild Harassment Accusation against Justin Baldoni (Ft. Tilted Lawyer)
18K views • Streamed 4 days ago



The Court of Random Opinion

Joined by Omar @thetiltedlawyer to discuss Isabela Ferrer's wild accusations of harassment in the Justin Baldoni vs. Blake Lively ...

New



1:50 / 16:05

  

**EXTORTION Against Justin Baldoni?! Lawyer Explains Blake Lively's HUGE MISTAKES!**

Popcorned Planet ✓
945K subscribers        Join



How Much Lower Can the Blake Bots Go? Let's Talk About Doxing With Omar Serrato, the Tilted Lawyer
8.2K views • Streamed 11 days ago



Kassidy O'Connell

It's getting ridiculous how low these people will go to defend Blake and her attorneys. No one is off limits, and the targets have ...



**Special guest - Citizen Journalist and Anita Does Sleuthing**
1.4K views • Streamed 2 months ago

Leanne Newton

CJournalist24 @anita.thinksoutloud.



**I got subpoenaed by Blake Lively! Talking with CJ**
5.6K views • Streamed 1 month ago

Leanne Newton

Intro ...

18 chapters  Intro | How I found out | My username | Tik Tok | Scary | Be… ⌄



**Special guest - Kassidy O'Connell**
1.5K views • Streamed 2 months ago

Leanne Newton

KassidyOC.



**SUBPOENA DRAMA! Creators Unload On Blake Lively & Ryan Reynolds SMEAR Tactics!**



Popcorned Planet
945K subscribers

Join



**Fresh Perspective on Lively vs Baldoni: Posing the questions we're all thinking!**

Charmed Life Therapy
564 subscribers

## Part II: Twitter/X Interactions:



⟲ **Leanne Newton reposted**

**annakarina** @AnnaKarina92128 · Aug 18
Replying to @brettdmcdowell @Deplorable1619 and 5 others
Found this on Reddit about Isabela Ferrer's aunt Lori Weintraub. She started her career at Manatt Phelps. Her father Sy Weintraub was a film and tv producer. She was married to actor Miguel Ferrer whose brother Rafael Ferrer is Isabela's father.



## Part III: Reddit Discussions:

**WildestSea** · 6h ago

That was a great video. At first when I heard Lively's argument that her haircare line failed because of her reputational damage it sounded vaguely understandable, I didn't agree but I thought I understood the argument, but the more I hear and the more I think about it, the stranger it appears on so many levels.

⬆ 10 ⬇    💬 Reply    🏆 Award    ↗ Share    ···

**CSho8** · 4h ago
😊 Immune to Media Manipulation 😊    🌐 Top 1% Commenter

Yea I understand what NAG is saying and would like to know the answer too... it does seem that the damages that Blake is alleging she suffered, which is reputational damages to her haircare line, has nothing to do with WP. Also reputational damages in defamation occurs because of something false that you said about someone.

I'm curious to see what happens here because I think this will be challenged in the courts- how can you blame an employer for something that the employee suffered in a business unrelated to what the employee was hired for?

⊖    ⬆ 10 ⬇    💬 Reply    🏆 Award    ↗ Share    ···

**mechantechatonne** · 3h ago

I doubt she even got permission to promote her haircare alongside the film. Doing something with the film promotion that wasn't authorized with another company that goes badly seems not like something she could be sued for than something she could sue someone else for.

Wayfarer can certainly argue it hurt the film's promotion to launch the haircare. Directly shouting it out while they were locked in the basement at the premiere was a crazy thing to do. It was one they can argue caused a lot of negative press and 100% forced on them. If I were them I would argue she created the rift during promotion in order to freely promote her products using the film's events and imagery without permission and if that went poorly, that is her fault.

⊖    ⬆ 5 ⬇    💬 Reply    🏆 Award    ↗ Share    ···



u/RaceProfessional2693 • 9h ago

August I think is the usual annual retreat of the Baldoni family in Sweden, their safe place, their peace, their heaven on earth.

🟢 News and Updates 🟢

49    3 comments    Award    Share    Save    Hide    Report

u/DontPanic-1988 • 9h ago

Blake harassed Justin?

🥴 Opinions, Theories, Feelings, Speculation 🥴

128    38 comments    Award    Share    Save    Hide    Report

u/Brokenecklace • 10h ago

If the iconic director/filmmakerAlfred Hitchcock were still alive, what sort of film/screenplay would he create about the Baldoni/Lively/Reynolds drama?

🤪 memes, jokes, satire 🤪

11    3 comments    Award    Share    Save    Hide    Report

u/Primary-Plane-4537 • 10h ago

Perez Hilton's Court Date Thursday in Nevada — Why Journalists & The Public Should Stand With Him 🍪🗒️

🔴💥😡 ATTACKED BY TEAM LIVELY 🔴💥😡

116    25 comments    Award    Share    Save    Hide    Report

u/natattack410 • 10h ago

Justin had offers/wants/advice to smeer several times, he declined, his team is lucky he didn't.

🥴 Opinions, Theories, Feelings, Speculation 🥴